**Order entered June 10, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01084-CV**

**ALFREDO SANCHEZ AND FERMIN LOPEZ, Appellants**

**V.**

**LUIS TORRES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03653**

**ORDER**

Before the Court is appellants' June 7, 2021 third motion seeking a thirty-day extension of time to file their brief on the merits. In our May 3, 2021 order granting appellants' second extension motion, we cautioned them that further extension requests would be strongly disfavored. Accordingly, we **GRANT** the motion **ONLY TO THE EXTENT** that we extend the time to **June 18, 2021**. No further extension will be granted absent extraordinary circumstances.

/s/ CRAIG SMITH
JUSTICE